IN THE UNITED STAES DISTRICT COURT
FOR THE MIDDLES DISTRICT OF NORTH CAROLINA
1:20-cv-1071

**YOLANDA M. BRIGGS,**

    Plaintiff,

  v.

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON F/K/A LIBERTY LIFE ASSURANCE COMPAY OF BOSTON,**

    Defendant.
_____

**STIPULATION OF DISMISSAL**

    COME NOW Plaintiff Yolanda M. Briggs and Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston, through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that all claims brought in this action are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

    This the 11th day of August, 2021.

| | |
|---|---|
| /s/Caitlin H. Walton | /s/Sara Abigail Littrell |
| Caitlin H. Walton | Sara Abigail Littrell |
| N.C. Bar No. 49246 | N.C. Bar No. 49354 |
| cwalton@essexrichard.com | abby.lttrell@ogletree.com |
| **ESSEX RICHARDS, P.A.** | **OGLETREE, DEAKINS, NASH,** |
| 1701 South Boulevard | **SMOAK & STEWART, P.C.** |
| Charlotte, NC 28203 | 201 South College Street, Suite 2300 |
| Telephone: (704) 377-4300 | Charlotte, NC 28244 |
| Facsimile: (704) 372-1357 | Telephone: (704) 342-2588 |
| *Attorney for Plaintiff* | Facsimile: (704) 342-4379 |
| | *Attorney for Defendant* |

# CERTIFICATE OF SERVICE

      I hereby certify that on this date I have served the foregoing document on all counsel of record by filing electronically with the Court notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

>Sara Abigail Littrell
>abby.littrell@ogletree.com
>**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
>
>Stephanie C. Ng
>**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
>One Allen Center
>500 Dallas Street, Suite 3000
>Houston, TX 77002
>Telephone: (713) 655-5755
>Facsimile: (713) 655-0020
>E-mail: stephanie.ng@ogletree.com

This the 11th day of August, 2021.

                                        /s/Caitlin H. Walton